UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

CHARLES GAYLORD,

                                     Plaintiff,

               -against-

THE CITY OF NEW YORK, SCOTT MCKENNA,
CAPT. "JOHN" CREIGHTON, P.O DAVID
RODRIGUEZ, P.O WAYNE HODGE, P.O. ANGEL
GONZALEZ, SGT. JAMES COLEMAN, P.O. KEVIN
WHELAN, SGT. JAMES COSGROVE and JOHN AND
JANE DOE 1-10,

                                     Defendants.

-------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07-CV-11599 (JGK)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendant City of New York and requests that all future papers in this action be served upon the

undersigned at the address stated below.

Dated:        New York, New York
                January 15, 2008

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the
                                       City of New York
                                     *Attorney for Defendants*
                                     100 Church Street
                                     New York, New York 10007
                                     (212) 442-8248

                                   By:                   /s/
                                               MARK D. ZUCKERMAN

TO:   ROSE M. WEBER
       *Attorney for Plaintiff*
       225 Broadway, Ste. 1607
       New York, New York 10007
       (212) 748-3355