UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CHARLES GAYLORD,

                                                  Plaintiff,           07 Civ. 11599 (JGK)

                -against-

THE CITY OF NEW YORK, et al.,

                                                 Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on March 5, 2008, at approximately 10:40 a.m., at the office of the Internal Affairs Bureau of the New York Police Department, 315 Hudson Street, 3rd Floor, Room 3, New York, New York, I served a **Summons and Complaint** upon Sgt. James Coleman, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit PrAA "John" Secretti, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M           Race: W      Hair: thinning, gray      Approx. Age: 50
Approx. Ht.: 5'6"    Approx. Wt.: average

That on March 5, 2008, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to Sgt. James Coleman at the Internal Affairs Bureau of the New York Police Department, 315 Hudson Street, 3rd Floor, Room 3, New York, New York 10013, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York
          March 5, 2008

                                        By:    /s/
                                               Rose M. Weber  (RW 0515)