UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

CHARLES GAYLORD,

                                    Plaintiff,           07 Civ. 11599 (JGK)

          -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on August 8, 2008, at approximately 10:20 a.m., at the office of the City of New York Police Department Organized Crime Control Bureau, 1 Police Plaza, Room 1310, New York, New York, I served a **Second Amended Summons and Complaint** upon Lt. Michael Leahy, defendant therein named, by delivering and leaving a true copy of the **Second Amended Summons and Complaint** with SPAA "Jane" Massenza personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Leahy.

Dated:     New York, New York
              August 8, 2008

                                              By:       /s
                                                      Rose M. Weber  (RW 0515)