UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

CHARLES GAYLORD,

                                            Plaintiff,          07 Civ. 11599 (JGK)

            -against-

THE CITY OF NEW YORK, et al.,

                                            Defendants.

-------------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on August 11, 2008, at approximately 10:30 a.m., at the Police Academy, 235 E. 20th Street, Room 617, New York, New York, I served a **Second Amended Summons and Complaint** upon P.O. David Cuevas, defendant therein named, by delivering and leaving one true copy of the **Second Amended Summons and Complaint** with a person of suitable age and discretion, to wit PrAA Mary Ann Gasparo, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: F            Race: W          Hair: long, light brown     Approx. Age: 35
Approx. Ht.: seated     Approx. Wt.: average

-2-

That on August 11, 2008, declarant mailed another true copy of the **Second Amended Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to P.O. David Cuevas at the Police Academy, 235 E. 20th Street, Room 617, New York, New York 10010, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York
          August 11, 2008

By:    /s
Rose M. Weber  (RW 0515)