```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
GAYLORD,

                Plaintiff,        07 Civ. 11599 (JGK)

    - against -              ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at today's hearing, the defendant City of New York's motion for summary judgment is **granted**. The plaintiff's request to continue discovery pursuant to Rule 56(f) is **denied**.

    The deadline for submitting the joint pre-trial order, together with motions in limine, requests to charge and voir dire requests is **September 25, 2009**. The parties shall be ready for trial on forty-eight hours notice beginning **October 2, 2009**.

    The Clerk is directed to close Docket No. 23.

SO ORDERED.

Dated:    New York, New York
            August 19, 2009

                                        John G. Koeltl
                                    United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09
```